Bryan CUNNIFFE, Plaintiff-Appellee, v. ANTHONY DE SIMONE CONTRACTING CO., Defendant-Appellant.

No. 298.

Circuit Court of Appeals, Second Circuit.

April 19, 1945.

John J. O'Connor, of New York City (William B. Shelton, of New York City, of counsel), for appellant.

Robert Hill Nix, of New York City, for appellee.

Before SWAN, AUGUSTUS N. HAND, and CLARK, Circuit Judges.

PER CURIAM.

Judgment affirmed.

COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. Charles N. MANNING, Respondent.

No. 9906.

Circuit Court of Appeals, Sixth Circuit.

April 30, 1945.

Samuel O. Clark, Jr., J. P. Wenchel, Sewall Key, B. D. Daniels, A. F. Prescott, and Fred E. Youngman, all of Washington, D. C., for petitioner.

Donald V. Hunter, of Washington, D. C., for respondent.

Before HICKS, SIMONS, and HAMILTON, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of record, briefs and arguments of counsel, and on consideration thereof, it is ordered and adjudged, that the decision of the Tax Court entered July 13, 1944, 3 T.C. 853, be and the same is affirmed upon the grounds and for the reasons set forth in the opinion of that Court promulgated May 17, 1944.

GOLDEN JERSEY DAIRY CO. et al., Appellants, v. E. C. STREET et al., Trustees of Willow Brook Creamery, Debtor, Appellees.

No. 10902.

Circuit Court of Appeals, Ninth Circuit.

April 10, 1945.

Arthur P. Shapro, of San Francisco, Cal., for appellant.

Carleton L. Rank, of Oakland, Cal., for appellee.

Before WILBUR, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties and by direction of the court, it is ordered that the appeal in this cause be dismissed, that a decree of dismissal be filed and entered accordingly dismissing the appeal without costs to any of the parties, and that the mandate of this Court in this cause issue forthwith.